# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ANNAMALAI ANNAMALAI, | : | HABEAS CORPUS |
| BOP ID 56820-379, | : | 28 U.S.C. § 2241 |
|     Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-4837-TWT-CMS |
| BEVERLY S. HARVARD, | : | |
|     Respondent. | : | |

## **FINAL REPORT AND RECOMMENDATION**

In 2014, Annamalai Annamalai was convicted in this Court of bank fraud and related crimes. *See United States v. Annamalai*, No. 1:13-CR-437-TCB (N.D. Ga. Aug. 25, 2014) (the "Criminal Case"). Annamalai is currently incarcerated in the United States Penitentiary in Atlanta, Georgia. *See* [3]. While in federal prison, Annamalai has been a frequent litigant in this and other federal courts. *See* www.pacer.gov (last viewed Dec. 13, 2017; searched for "Annamalai, Annamalai") (listing over four dozen civil actions filed in 16 federal district courts and over two dozen appeals filed in 5 federal courts of appeal).

This matter is before the Court on Annamalai's "Verified Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241" [1], "First Verified Brief in Support of His Habeas Petition" [2], "Notice of Amendment to His Habeas

Petition and Notice of Change of Address" [3]; *see also* [4] & [5], "Emergency Motion/Request to Amend the Habeas Petition" [6], and "Verified Emergency Motion for (Mandatory) Judicial Notice With a Request for an Evidentiary Hearing" [7].

Annamalai alleges in these pleadings that he is "in custody in violation of the Constitution or laws or treaties of the United States" within the meaning of 28 U.S.C. § 2241(c)(3) because the Judgment and Commitment entered in the Criminal Case was not transmitted back to this Court, with the return duly endorsed, by the federal penal facility he was sent to after he was sentenced, as required by 18 U.S.C. § 3621(c) and Bureau of Prisons' regulations and program statements.

The docket in the Criminal Case contradicts this claim. The Judgment and Commitment, signed by the presiding district judge and committing Annamalai to the Bureau of Prisons' custody at FCI-Williamsburg, with the return endorsed, is on file in the docket. *See* Criminal Case [619 therein].[1]

---

[1] Similarly, the signed Judgment and Commitment, with an endorsed return, for Annamalai's co-defendant, Kummar Chinnathambi, is also on file on the docket. *See id.* [378 therein].

Because it plainly appears from the petition and the record of prior proceedings that Annamalai is not entitled to relief, I **RECOMMEND** that this case be **SUMMARILY DISMISSED**. *See* 28 U.S.C. foll. § 2254, Rule 4; *see also id.* Rule 1 (authorizing the application of Rule 4 in § 2241 proceedings).

I **DIRECT** the Clerk to **SUBSTITUTE** "Darrin Harman, Warden" in place of "Beverly Harvard" as the named Respondent in this case, to reflect Annamalai's recent transfer and new custodian. *See* [6]. All other motions are **DENIED**.

And I further **DIRECT** the Clerk to terminate the referral of this case to me.

**SO RECOMMENDED AND DIRECTED**, this 18th day of December, 2017.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE