IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANNAMALAI ANNAMALAI,

    Petitioner,

      v.

                        CIVIL ACTION FILE
                        NO. 1:17-CV-4837-TWT

DARRIN HARMAN
WARDEN,

    Respondent.

**ORDER**

      This is a pro se habeas corpus action. It is before the Court on the Petitioner's

Motion for Extension of Time to File Objections [Doc. 19]. The Petitioner has filed

his Objections to the Report and Recommendation. Therefore, the Petitioner's Motion

for Extension of Time to File Objections [Doc. 19] is DENIED as moot. The

Objections are totally without merit. The Magistrate Judge was not required to

consider the First Amended Petition which was filed after she issued her Report and

Recommendation. The Petitioner's Verified Second Brief is a lot of nonsense. Given

the Petitioner's long history of frivolous litigation, the Magistrate Judge was not

required to waste her time and my time by responding to every absurd and ridiculous

argument made by the Petitioner. She did, however, address them in her Supplement

to Final Report and Recommendation [Doc. 17]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Petitioner's Motion to Not Transfer [Doc. 24] is DENIED. The Petitioner's Motion to Not Transfer [Doc. 26] is DENIED. The Petitioner's Motion for Specific Relief [Doc. 27] is DENIED. The Emergency Motion for Petitioner's Release [Doc. 31] is DENIED. The Motion to Proceed in Forma Pauperis [Doc. 35] is DENIED. The appeal is frivolous. The Clerk is directed to file any papers received from the Petitioner. However, no papers are to be docketed as motions requiring action by the Court unless the Clerk receives my express consent.

SO ORDERED, this 22 day of January, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge